CHARLES SCHUSTER, Respondent, v. THE NASSAU ELECTRIC RAILROAD COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ.

PHILIP SIEGEL, Appellant, v. THE NASSAU ELECTRIC RAILROAD COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

ABRAHAM I. SILVERMAN, Respondent, v. BERTHA SILVERMAN, Appellant, Impleaded with ALBERT MARIASH, Defendant.— Order affirmed, without costs. No opinion. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred.

UNITED STATES DRAINAGE AND IRRIGATION COMPANY, INC., Appellant, v. DEGNON REALTY AND TERMINAL IMPROVEMENT COMPANY and DEGNON CONTRACTING COMPANY, Respondents, and Another, Defendant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, with leave to the defendants to withdraw the demurrer and answer within twenty days on payment of the costs. The character of the work to be done as stated in the notice of lien, and of the land described, plainly shows an intention to claim a lien on the land described in the seventh subdivision of the notice of lien. We do not think that it can be held as matter of law that the description in the notice of lien is not sufficient for identification, and that is all the statute* requires. Although there is no town of Corona, yet there is a locality known by that name, and the situation is such that the sufficiency of the description contained in the notice of lien should not be decided on demurrer. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred.

DAVID S. VAN WICKLEN, Respondent, v. SPRINGDALE REALTY COMPANY, Appellant.— Order setting aside verdict affirmed, with costs. The land claimed by defendant differed in area and description from the conveyance by which its title was derived. The verdict in defendant's favor, therefore, was properly set aside. Jenks, P. J., Stapleton, Rich, Putnam and Blackmar, JJ., concurred.

MICHAEL VISCONTI, by PIETRO VISCONTI, His Guardian ad Litem, Respondent, v. HENRY BECKER, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Stapleton, Mills, Rich and Blackmar, JJ.

SAMUEL J. BELFER, Respondent, v. THE CITY OF NEW YORK, Appellant. — Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ., concurred.

---

*See Lien Law (Consol. Laws, chap. 33; Laws of 1909, chap. 38), § 9. Amd. by Laws of 1916, chap. 507.— [REP.